UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANIELLE FRANCO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-CV-00366 |
| | § | |
| REVISION SKINCARE, | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL OF
## DEFENDANT WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the FEDERAL RULES OF CIVIL PROCEDURE, it is hereby stipulated that the Parties have agreed that all claims in the above-entitled case against Defendant Revision Skincare shall be dismissed with prejudice, and that the Parties shall bear their own respective costs, including attorneys' fees or other expenses of this litigation.

Respectfully submitted,

*/s/ Ellen Sprovach*
Ellen Sprovach
USDC SD/TX No. 22202
Texas State Bar ID 24000672
ROSENBERG | SPROVACH
3518 Travis Street, Suite 200
Houston, Texas 77002
(713) 960-8300
(713) 621-6670 (Facsimile)
ellen@rosenberglaw.com

ATTORNEYS FOR PLAINTIFF
DANIELLE FRANCO

                AND

                BURFORD & RYBURN, L.L.P.

By:   /s/ Simon D. Whiting
       SIMON D. WHITING
       Texas State Bar No. 21373600
       Southern District Bar No. 30063
       500 North Akard Street
       Suite 3100
       Dallas, Texas 75201-6697
       Telephone: 214-740-3119
       Facsimile: 214-740-2832
       Email: swhiting@brlaw.com

**ATTORNEYS FOR DEFENDANT REVISION SKINCARE**

## CERTIFICATE OF SERVICE

In keeping with Rule 5 of the Federal Rules of Civil Procedure, I hereby certify that a true and correct copy of the foregoing instrument has been served upon all attorneys of record via:

   \_\_\_\_\_ Certified Mail/Return Receipt Requested
   \_\_\_\_\_ Telephonic Document Transfer (Fax)
   \_\_\_\_\_ Federal Express/Express Mail
   \_\_\_\_\_ Courier/Receipted Delivery
   \_\_\_\_\_ Registered Mail/Return Receipt Requested
   \_\_\_\_\_ Hand Delivery (In Person)
   √ E-File – ecf.txnd.uscourts.gov

DATED: March 1, 2021

                /s/ Simon D. Whiting
                SIMON D. WHITING